Bill D. HENDRICKSON *v*. STATE of Arkansas

CR 93-898                                              861 S.W.2d 113

Supreme Court of Arkansas
Opinion delivered September 20, 1993

*Meredith Wineland*, for appellant.

No response.

PER CURIAM. Bill D. Hendrickson, by his attorney, has filed

a motion for a rule on the clerk.

His attorney, Meredith Wineland, admits by motion and brief that the record was tendered late due to a mistake on her part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.